Giuseppe Caterino v. Third Avenue Railroad Company.— Motion granted unless appellant complies with terms stated in order. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max Rosenblum v. Morris H. Westin and Another.—Application granted. Order signed. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Butterick Publishing Company v. Mistrot-Munn Company.— Motion for leave to go to the Court of Appeals granted; question certified. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Otto Krauss v. Francis Draz & Company.— Motion denied, with ten dollars costs. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Knapp & French, Inc.— Motion denied, with ten dollars costs. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max Rosenbaum v. Morris H. Westin.— Motion for stay granted. Order to be settled on notice. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of St. Paul's Place, etc.— See memorandum. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Carlotta B. de Morales v. Ricardo Narganes, as Executor.— Motion denied, with ten dollars costs. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Dorothy Palmer Chatillon, Respondent, v. Co-operative Apartment Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., and Scott, J., dissented.

The People of the State of New York ex rel. The City of New York, Appellant, v. New York Railways Company and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Adolph E. Norden and Others, Respondents, v. Guaranty Trust Company of New York, Sued Herein as Guaranty Trust Company, Appellant. — Order modified by allowing the examination of Max May, vice-president, and John Bolinger, assistant manager, etc., without prejudice to an application of other officers of the defendant if necessary; and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present—Ingraham, P. J., McLaughlin Laughlin, Clarke and Scott, JJ.